Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Warren K. Urbom | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 3264 | **DATE** | 8/4/2000 |
| **CASE TITLE** | CAE, Inc. vs. Clean Air Engineering, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] CAE, Inc.'s motion for summary judgment (31-1) is granted and judgment is warranted in favor of CAE, Inc. with respect to Count II, and V of its amended complaint, and with respect to Count I of Clean Air Engineering's counterclaims. CAE, Inc.'s motion for summary judgment (31-1) is granted in part and denied in part.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | AUG 11 2000 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | ED-7 FILED FOR DOCKETING 00 AUG 10 PM 5:00 | docketing deputy initials | 60 |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 8/9/2000 date mailed notice | |
| GL | courtroom deputy's initials | Date/time received in central Clerk's Office | GL mailing deputy initials | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

AUG 1 1 2000

| | | |
|---|---|---|
| CAE, INC., | ) | No. 97 C 3264 |
| | ) | |
| Plaintiff-Counter-Defendant, | ) | |
| | ) | ORDER ON DEFENDANT-COUNTER |
| vs. | ) | PLAINTIFF CLEAN AIR ENGINEERING, |
| | ) | INC'S MOTION TO RECONSIDER |
| CLEAN AIR ENGINEERING, INC., | ) | DISTRICT COURT'S MEMORANDUM |
| | ) | ORDER DATED JANUARY 5, 2000 |
| Defendant-Counter-Plaintiff. | ) | |

Having reviewed the Motion to Reconsider and the brief in support and in opposition to it, and the parties' briefs regarding Count II and Count III of the counterclaims, and finding no reason to revise the legal standards or findings or fact, but concluding that a full injunction against use of "CAE" as a trade name or service mark would be a remedy unnecessarily harsh,

IT IS ORDERED that:

1.  CAE, Inc.'s motion for summary judgment, filing 35, is granted and judgment is warranted in favor of CAE, Inc. with respect to Counts I, II, and V of its amended complaint, and with respect to Count I of Clean Air Engineering's counterclaims;

2.  Clean Air Engineering, Inc.'s motion for summary judgment, filing 31, is granted in that judgment is warranted in favor of Clean Air Engineering, Inc. with respect to Counts III and IV of CAE Inc.'s amended complaint; in all other respects, Clean Air Engineering Inc.'s motion for summary judgment is denied;

3.  judgment shall be granted in favor of CAE, Inc. with respect to Counts II and III of Clean Air Engineering's counterclaims;

4.  the appropriate remedy shall consist of a judgment by which:

    a.  the decision of the Trial and Appeal Board of the United States Patent and Trademark Office, wherein CAE, Inc.'s opposition to Clean Air Engineering, Inc's registration of the CAE mark was dismissed, is reversed;

    b.  Clean Air Engineering, Inc.'s registration for the CAE mark at issue, except to the extent that the mark is amended to include the accompanying statement provided below, is canceled;

60

c. Clean Air Engineering, Inc., its successors, assigns, officers, agents, and any person or entity acting in behalf of any of them, are enjoined from making or permitting any use of "CAE" whether in block style letters or any particular stylized design, at any time after 60 days following this judgment's becoming final, in any of its advertising or marketing endeavors or on its products, including the advertising and marketing endeavors or products of the divisions of Clean Air Engineering, Inc., except when accompanied by the statement "CAE Clean Air Engineering, Inc. [or the appropriate division title] is not affiliated with CAE, Inc.," the letters of such statement to be of the same type and at least one-half the size in height and breadth as the letters CAE accompanying them;

d. Clean Air Engineering, Inc. within 60 days after this judgment shall become final shall deliver to CAE, Inc. for destruction any and all stationery, circulars, labels, advertising, packaging materials, plates, or other materials in its possession or under its control that contain "CAE" without the accompanying statement provided

Dated August 4, 2000.

BY THE COURT

Warren K. Urbom
United States Senior District Judge