AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
AUG 1 1 2000

CAE, Inc.

v.

Clean Air Engineering

**JUDGMENT IN A CIVIL CASE**

Case Number: 97 C 3264

AUG 1 1 2000

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that It is ordered that the decision of the Trial and Appeal Board of the U.S.Patent and Trademark Office, wherein CAE, Inc.'s opposition to Clean Air Engineering,Inc.'s registration of the CAE mark was dismissed, is reversed.

Michael W. Dobbins, Clerk of Court

Date: 8/4/2000

Gladys Lugo, Deputy Clerk

62