# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Warren K. Urbom | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 3264 | **DATE** | 8/15/2000 |
| **CASE TITLE** | CAE Inc. vs. Clean Air Engineering Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff has until 8/23/00 to file its responsive briefs to defendant Clean Air Engineering Inc.'s post-trial motions. Defendant shall have until 8/30/00 to file its reply briefs.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | **Document Number** |
| ✓ | Notices mailed by judge's staff. | | AUG 2 4 2000 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | 66 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING | 8/15/2000 date mailed notice | |
| GL | courtroom deputy's initials | ED-7<br>00 AUG 23 AM 8:46 | GL | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 97 C 3264 |
| | ) |
| CLEAN AIR ENGINEERING, INC., | ) Judge Warren K. Urbom |
| | ) |
| Defendant. | ) |

DOCKETED
AUG 24 2000

## ORDER

IT IS HEREBY ORDERED this _15th_ day of _August_, 2000 as follows:

1. Plaintiff CAE, Inc. has until August 23, 2000 to file its responsive briefs to Defendant Clean Air Engineering, Inc's post-trial motions;

2. Defendant Clean Air Engineering, Inc. shall have until August 30, 2000 to file its reply briefs, if any.

_____
UNITED STATES DISTRICT JUDGE

66